## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

DONALD GERARD SAUVE,

Plaintiff,

v.

KANABEC COUNTY, CHRISTA RUTH-
ERFORD-BLOCK, STONEY L. HILJUS,
PATRICK J. SCHILTZ, HEATHER
MICKELSON, and DANELLE,

Defendants.

Case No. 26-MC-0050 (KMM)

**ORDER**

Plaintiff Donald Gerard Sauve was previously restricted from filing new cases in this District unless he is represented by counsel or receives prior written authorization from a judicial officer of this District. *See* Order 17–19, *Sauve v. Kanabec Cnty.*, No. 25-CV-3694 (PJS/LIB) (D. Minn. Oct. 15, 2025).

The Court will treat Mr. Sauve's complaint in this matter, ECF No. 1, as a request for that authorization. The complaint in this case is the latest in a series of lawsuits by Mr. Sauve seeking to challenge the state courts' handling of certain matters involving Mr. Sauve, including his divorce, child custody, and the disposition of marital assets. *See* Order at 1–4, *Sauve v. Kanabec Cnty.*, No. 25-CV-3694 (PJS/LIB) (D. Minn. Oct. 15, 2025) (describing the state court proceedings and listing Mr. Sauve's prior efforts to challenge their outcomes). Mr. Sauve now adds Senior United States District Judge Patrick Schiltz to the lengthy list of defendants. Upon review, the Court concludes that the proposed civil action lacks an arguable basis either in fact

or in law and therefore is frivolous. *See, e.g.*, *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962); *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). Accordingly, the Court denies the request for authorization and orders that this proceeding be closed. The Court also certifies that any appeal taken from this denial would not be in good faith, and thus any request to proceed *in forma pauperis* on appeal will be denied on that basis. *See* Fed. R. App. P. 24(a)(3)(A).

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Date: July 8, 2026

*s/Katherine Menendez*
Katherine Menendez
United States District Court